# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157369(58)

DOUGLAS SCOTT DUBIN,
          Plaintiff-Appellee,

v

CONTESSA LYNN FINCHER,
          Defendant-Appellant.
_____/

SC: 157369
COA: 339175
Washtenaw CC: 12-000833-DM

On order of the Chief Justice, the motion of Michigan Protection and Advocacy Service, Inc., to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on April 30, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk